ANNE MIKORSKI, as Administratrix of the Estate of FRANK C. MIKORSKI, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for the wrongful death of plaintiff's intestate, who was run over by a train of the defendant while it was entering a subway station. Although the ticket agent did not see decedent pass through the turnstile in front of the change booth, it is admitted he must have done so and then proceeded down the stairway leading to the station platform. The jury was free to find that the motorman was negligent in not observing decedent's presence on the track, since on the motorman's own admission he had a clear view for at least 430 feet and, according to plaintiff's witnesses, for a much greater distance, and the train, at the speed at which it was then proceeding, could have been stopped within 120 feet. Judgment in favor of plaintiff unanimously affirmed, with costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See *post,* p. 819.]

EDNA H. OSBORNE, Appellant, v. THADDEUS OSBORNE, Respondent.— Order entered September 28, 1945, denying plaintiff's motion to amend the interlocutory judgment of divorce entered herein on May 29, 1945, so as to require defendant to pay to plaintiff alimony in the sum of $100 a week, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

EDWARD PARISE et al., Appellants, v. JOHN PEPE, Respondent, et al., Defendants.— In an action for a partnership accounting, the complaint alleged that plaintiffs and respondent were partners in the conduct of a package liquor store business, and that the license therefor was issued in the name of respondent. The complaint was dismissed on respondent's motion under rule 106 of the Rules of Civil Practice, and plaintiffs appeal from the order dismissing the complaint and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. (*Carmine* v. *Murphy,* 285 N. Y. 413; *O'Connor* v. *O'Connor,* 263 App. Div. 820, affd. 288 N. Y. 579.) Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LORENZO MOTTOLO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of sections 244 and 483 of the Penal Law, reversed on the law, the information dismissed and the defendant discharged. The proof did not show defendant's guilt beyond a reasonable doubt, and the unsworn testimony of a six-year-old child was not sufficiently supported by other evidence, as required by section 392 of the Code of Criminal Procedure. Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PLATT, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of the crime of unlawful entry and sentencing him to the New York City Penitentiary, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.